EUGENE AGINA
#0402224, 8-4
SUFFOLK COUNTY JAIL
20 BRADSTON STREET
BOSTON, MA. 02118

FILED
IN CLERKS OFFICE

2005 MAR 16 P 2:23

U.S. DISTRICT COURT
DISTRICT OF MASS

THE CLERK OF COURT
U.S. DISTRICT COURT
JOHN JOSEPH MOAKLEY
U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA. 02210

RE: AGINA VS U.S.A.; MASSACHUSETTS MEM. CENTER
DRS. PHILBIN, RANDALL, VARNEY,
NEWLAND AND HOWARD.

CIVIL ACTION NO. - - -

DEAR CLERK:

MY NAME IS EUGENE AGINA. I SENT SOME COMPLAINS TO YOUR OFFICE FOR A LATER FILING. HOWEVER, I REQUESTED FOR SOME FORMS THAT IS REQUIRED TO ACCOMPANY THE COMPLAINS, DATED JANUARY 27, 2005.

PLEASE, I AM WRITING FOR THE THIRD TIME, REQUESTING THE SENDING OF (2) CIVIL COVER SHEETS (4) SUMMONS, (4) U.S. MARSHALLS -285 FORMS AND (2) YOUR OWN STYLED IN FORMA PAUPERIS. SO

OF THE FILINGS.

THANK YOU VERY MUCH FOR YOUR ATTENTION IN THIS MATTER.

RESPECTFULLY SUBMITTED,
Eugene Aging

P:S

PLEASE I HAVE NO OTHER SOURCE OF OBTAINING THESE FORMS, IN ORDER TO FULFILL MY OBLIGATIONS TO THE COURT.