UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
EUGENE OKECHUKWU AGINA,              )
            Plaintiff,               )
                                     )
     v.                              )   C.A. No. 05-10402-JLT
                                     )
UNITED STATES OF AMERICA,            )
MASSACHUSETTS MEMORIAL CENTER,       )
DR. JEROME PHILBIN, DR. AMBER        )
RANDALL, DR. THOMAS VARNEY,          )
DR. R. NEWLAND, AND DR. C. HOWARD,   )
            Defendants.              )
```

ORDER FOR DISMISSAL

TAURO, J.

In accordance with the Memorandum and Order dated on May 17, 2005 directing dismissal of the above captioned matter, for the reasons stated therein, it is hereby ORDERED that this action is dismissed. The case shall be administratively closed on this Court's docket.

By the Court,

/s/ Zita Lovett
Deputy Clerk

Dated: May 19, 2005